# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dionicia Sanchez-Bautista,<br><br>Plaintiff,<br><br>v.<br><br>Auto-Owners Insurance Company, et al.,<br><br>Defendants. | No. CV-23-00124-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal of All Claims with Prejudice filed on April 11, 2023. (Doc. 10). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation. (Doc. 10).

**IT IS FURTHER ORDERED dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 13th day of April, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge